IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ARMANDO GARZA, JR. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:24-cv-00018 |
| WAL-MART STORES TEXAS, LLC AND CROSSCOM NATIONAL, LLC | § § § | |

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, ARMANDO GARZA, JR., and Defendants, WAL-MART STORES TEXAS, LLC AND CROSSCOM NATIONAL, LLC (collectively the "Parties"), and jointly file this Notice of Settlement and in support show the Court as follows:

**I.**

The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 30 or 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. This settlement disposes of any and all claims, and all parties.

**II.**

The settlement by the Parties was accomplished by way of direct negotiation. The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by Parties incurring same.

**III.**

WHEREFORE, the parties pray that this Court enter a 30 or 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

**ROBERTS MARLKAND, LLP**

*/s/ Anjali Sharma- with permission*
Anjali Sharma
State Bar No. 24094403
2555 North MacGregor Way
Houston, Texas 77004
Telephone (713) 630-0900
Facsimile (713) 630-0991
as@robertsmarkland.com
eservice@robertsmarkland.com
ATTORNEY FOR PLAINTIFF

**BUSH & RAMIREZ, PLLC**

*/s/ Zachary Wilson*
John A. Ramirez
State Bar No. 00798450
Federal Bar No. 21280
Zachary Wilson
State Bar No: 24106586
Federal ID No. 3299604
5615 Kirby, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
zwilson.atty@bushramirez.com
ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC

**LASATER & MARTIN, P.C.**

*/s/Lisa M. Hungerford- with permission*
Lisa M. Hungerford
State Bar No. 00791294
1431 Greenway Drive, Suite 615
Las Colinas, Texas 75038
(281) 836-4049
Fax: (972) 525-5327
Lisa@LasaterandMartin.com
ATTORNEY FOR DEFENDANT,
CROSSCOM NATIONAL, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel of record in accordance with the RULES OF CIVIL PROCEDURE on this 17th day of January 2025.

                                   */s/ Zachary Wilson*
                                   John A. Ramirez | Zachary Wilson