United States District Court
Southern District of Texas
**ENTERED**
January 17, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| ARMANDO GARZA, JR., | § § § | |
| Plaintiff. | § § | |
| V. | § § | CIVIL ACTION NO. 3:24-cv-00018 |
| WAL-MART STORES TEXAS, LLC, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

The parties have informed me that they have settled their dispute. *See* Dkt. 23. Accordingly, this case is conditionally dismissed unless either party represents in writing before March 17, 2025, that the settlement could not be finalized. The docket call scheduled for February 14, 2025 is cancelled. This case is closed.

SIGNED this 17th day of January 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE