IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ARMANDO GARZA, JR., | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 24-00018 |
| | § | |
| WALMART STORES TEXAS, LLC, | § | |
| WALMART, INC., and CROSSCOM | § | |
| NATIONAL, LLC, | § | |
|    *Defendants*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Armando Garza, Jr., and Defendants, Walmart Stores Texas, LLC, Walmart, Inc. and Crosscom National, LLC, (the "Parties") hereby stipulate to dismiss the Parties' claims with prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

**ROBERTS MARKLAND, LLP**

*/s/ Anjali Sharma (with permission)*
R. Clive Markland
State Bar No. 24027475
Anjali Sharma
State Bar No. 24094403
2555 N. MacGregor Way
Houston, Texas 77004
Telephone: (713) 630-0900
Facsimile: (713) 630-0991
Email: cm@robertsmarkland.com
Email: as@robertsmarkland.com

**ATTORNEYS FOR PLAINTIFF**

**BUSH & RAMIREZ, PLLC**

*Zachary D. Wilson (with permission)*
John A. Ramirez
State Bar No. 00798450
Federal Bar No. 21280

Zachary D. Wilson
State Bar No. 24106586
Federal Bar No. 3299604
5615 Kirby, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
Email: jramirez.atty@bushramirez.com
Email: zwilson.atty@bushramirez.com

**LASATER & MARTIN, P.C.**

*/s/ Lisa M. Hungerford*
Lisa M. Hungerford
State Bar No. 00791294
1431 Greenway Drive, Suite 615
Las Colinas, Texas 75038
Telephone: (281) 836-4049
Facsimile: (972) 525-5327
Email: Lisa@LasaterandMartin.com

**ATTORNEY FOR DEFENDANT CROSSCOM NATIONAL, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via CM/ECF, pursuant to the Federal Rules of Civil Procedure, on the 5th day of February, 2025.

*/s/ Lisa M. Hungerford*
Lisa M. Hungerford